UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 09-01254-MMM(OPx) | Date | October 30, 2009 |

| | |
|---|---|
| Title | Jacquie A Figg et al v. The City of Fontana et al |

| | |
|---|---|
| Present: The Honorable | MARGARET M. MORROW |

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** Order to Show Cause re Dismissal of Action as to Certain Defendants for Lack of Prosecution

    Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed.R.Civ.Proc. 4(m). Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States). Fed.R.Civ.Proc. 12(a)(1).

    In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff**(s)** to show cause in writing on or before **November 13, 2009** why this action should not be dismissed for lack of prosecution as to the following defendants: **California Supreme Court; Each and every member of the California State Bar Association; The State of California; Curtis Aaron; The Office of the Governor for the State of California; The Commission on Peace Officer Standards and Training (POST); The California Department of Motor Vehicles (DMV); Arnold Schwarzenegger; The California Highway Patrol; Ms. Grimes; Doe 1; Leslie E. Murad, III; Mr. Liso; Pepe's Towing Service; Certified Towing; Elite Towing; Beatrice Watson; Gary Nordquist; Linda Nunn; Jeffrey B. McPherson; and Robert Gilpatrick.** Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument. The Order To Show Cause will stand submitted upon the filing of plaintiff's response.

    If plaintiff files

◉    Proof(s) of service of summons and complaint on the following defendant(s):

    California Supreme Court; Each and every member of the California State Bar Association; The State of California; Curtis Aaron; The Office of the Governor for the State of California; The Commission on Peace Officer Standards and Training (POST); The California Department of Motor Vehicles (DMV); Arnold Schwarzenegger; The California Highway Patrol; Ms. Grimes; Doe 1; Leslie E. Murad, III; Mr. Liso; Pepe's Towing Service; Certified Towing; and Elite Towing

■     An answer by the following defendant(s):

       Beatrice Watson; Gary Nordquist; Linda Nunn; Jeffrey B. McPherson; and Robert Gilpatrick

■     Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure on the following defendant(s):

       Beatrice Watson; Gary Nordquist; Linda Nunn; Jeffrey B. McPherson; and Robert Gilpatrick

☐     Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure

on or before the date indicated above, the court will consider this a satisfactory response to the Order To Show Cause.